United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CELESTE CARDUCCI,

    Plaintiff,

    v.

WACHOVIA BANK, et al.,

    Defendants.
_____/

No. C 11-0181 PJH

**ORDER CONTINUING HEARING DATE**

    The hearing on defendants' motion to dismiss the complaint, previously set for March 16, 2011, has been CONTINUED, to Wednesday, April 27, 2011, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: March 11, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge