Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
David J. De Jesus (SBN 197914)
Email: ddejesus@reedsmith.com
Alicia A. Adornato (SBN 254228)
Email: aadornato@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendants
Wachovia Bank, N.A., Wells Fargo & Company
and Wells Fargo Bank, N.A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE CARDUCCI,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA BANK, N.A., WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY,<br><br>Defendants. | Case No. 4:11-cv-00181-PJH<br><br>**STIPULATION AND [P<s>ROPOSED</s>] ORDER TO CONTINUE APRIL 27, 2011 HEARING ON DEFENDANTS' MOTION TO DISMISS TO JULY 6, 2011** |

Pursuant to Civil Local Rules 6-1(a) and 7-7(b), Plaintiff Celeste Carducci, by and through her attorneys of record, and Defendants Wachovia Bank, N.A., Wells Fargo & Company and Wells Fargo Bank, N.A, by and through their attorneys of record, (collectively, "the Parties"), hereby request the Court continue the currently-scheduled hearing date on Defendants' Motion to Dismiss from Wednesday, April 27, 2011 to Wednesday, July 6, 2011.  The Parties have not previously stipulated to continue the hearing date.  The Court, on its own motion, continued the original hearing date on Defendants' Motion to Dismiss from March 16, 2011 to April 27, 2011.

IT IS HEREBY STIPULATED that the Parties have agreed to continue the hearing date on Defendants' Motion to Dismiss to July 6, 2011 at 9:00 a.m.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: April 13, 2011.            THE ARNS LAW FIRM

By_____
Robert S. Arns
Attorneys for Plaintiff Celeste Carducci

DATED: April 13, 2011.            REED SMITH LLP

By_____
Jack R. Nelson
Attorneys for Defendants Wachovia Bank, N.A., Wells Fargo Bank, N.A., Wells Fargo & Company

**IT IS SO ORDERED:**

DATED: __April 18_____, 2011.

_____
Hon. Judge Phyllis J. Hamilton

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton (United States District Court, Northern District of California seal)