ROBERT S. ARNS (SBN #65071)
Email: rsa@arnslaw.com
JONATHAN E. DAVIS (SBN#191346)
Email: jed@arnslaw.com
STEVEN R. WEINMANN (SBN #190956)
Email: srw@arnslaw.com
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888
Attorneys for Plaintiffs

Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
David J. De Jesus (SBN 197914)
Email: ddejesus@reedsmith.com
Alicia A. Adornato (SBN 254228)
Email: aadornato@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269
Attorneys for Defendants
Wachovia Bank, N.A., Wells Fargo & Company
and Wells Fargo Bank, N.A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE CARDUCCI,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA BANK, N.A., WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY,<br><br>Defendants. | Case No. 4:11-cv-00181-PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING JUNE 23, 2011 CASE MANAGEMENT CONFERENCE TO JUNE 30, 2011** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Celeste Carducci, by and through her attorneys of record, and Defendants Wachovia Bank, N.A., Wells Fargo & Company and Wells Fargo Bank, N.A, by and through their attorneys of record, (collectively, "the Parties"), hereby request the Court continue the currently-scheduled Case Management Conference until June 30, 2011.  The Parties request the Court continue the currently-scheduled Case Management Conference because the Parties are engaged in settlement discussions in mediation with the Hon. William Cahill (Ret.), at JAMS and feel that the an additional week will allow the Parties to better utilize the time of the Court.  The Parties do not believe this new date for the Case Management Conference will affect the current schedule for the case since no deadlines have been set and Defendants' Motion to Dismiss has not yet been heard.

IT IS HEREBY STIPULATED that the Parties have agreed to continue the Case Management Conference to June 30, 2011.

DATED: June 16, 2011.                THE ARNS LAW FIRM


                                     By: s/ Robert S. Arns
                                     Robert S. Arns
                                     Jonathan E. Davis
                                     Steven R. Weinmann
                                     Attorneys for Plaintiff Celeste Carducci

DATED: June 16, 2011.                    REED SMITH LLP


                                         By:    s/ Jack R. Nelson
                                            Jack R. Nelson
                                            Attorneys for Defendants Wachovia Bank,
                                            N.A., Wells Fargo Bank, N.A., Wells Fargo &
                                            Company


**IT IS SO ORDERED:**


DATED: June __20__, 2011.



IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

Case No. 4:11-cv-00181-PJH                -3-
STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE