Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
David J. De Jesus (SBN 197914)
Email: ddejesus@reedsmith.com
Alicia A. Adornato (SBN 254228)
Email: aadornato@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendants
Wachovia Bank, N.A., Wells Fargo & Company
and Wells Fargo Bank, N.A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE CARDUCCI,<br><br>             Plaintiff,<br><br>     vs.<br><br>WACHOVIA BANK, N.A., WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY,<br><br>             Defendants. | Case No. 4:11-cv-00181-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE JULY 6, 2011 HEARING ON DEFENDANTS' MOTION TO DISMISS TO AUGUST 10, 2011** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Celeste Carducci, by and through her attorneys of record, and Defendants Wachovia Bank, N.A., Wells Fargo & Company and Wells Fargo Bank, N.A, by and through their attorneys of record, (collectively, "the Parties"), hereby request the Court continue the currently-scheduled hearing date on Defendants' Motion to Dismiss from Wednesday, July 6, 2011 to Wednesday, August 10, 2011.

On its own motion, the Court previously continued the hearing on Defendants' Motion to Dismiss to April 27, 2011.  The Parties had a scheduling conflict on that date, however, and stipulated to continue the hearing date due to July 6, 2011.  At the Parties' request, the Court continued the June 23 Case Management Conference to June 30 because the Parties are engaged in

1  settlement discussions and felt that an additional week would allow the Parties to better utilize the
2  Court's time.  The Parties request the Court continue the currently-scheduled Motion to Dismiss
3  hearing date because the Parties are currently involved in settlement negotiations and feel that this
4  additional time will assist the Parties in their mediation.  The Parties do not believe this new date for
5  the hearing on Defendants' Motion to Dismiss will impact the current schedule for the case since no
6  deadlines have been set.

8       IT IS HEREBY STIPULATED that the Parties have agreed to continue the hearing date on
9  Defendants' Motion to Dismiss to August 10, 2011 at 9:00 a.m.

11  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

13      DATED:  June 22, 2011.        THE ARNS LAW FIRM

15                                         By  /s/ Robert S. Arns
16                                              Robert S. Arns
                                            Attorneys for Plaintiff Celeste Carducci

18      DATED:  June 22, 2011.        REED SMITH LLP

20                                         By  /s/ Jack R. Nelson
21                                              Jack R. Nelson
                                            Alicia A. Adornato
22                                              Attorneys for Defendants Wachovia Bank, N.A.,
                                            Wells Fargo Bank, N.A., Wells Fargo & Company

24  **IT IS SO ORDERED:**

26  DATED:  ____June 24_____, 2011.

27                                                Honorable Phyllis J. Hamilton

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]