ROBERT S. ARNS (SBN #65071)
Email: rsa@arnslaw.com
JONATHAN E. DAVIS (SBN#191346)
Email: jed@arnslaw.com
STEVEN R. WEINMANN (SBN #190956)
Email: srw@arnslaw.com
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:    (415) 495-7800
Fax:    (415) 495-7888
Attorneys for Plaintiffs

Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
David J. De Jesus (SBN 197914)
Email: ddejesus@reedsmith.com
Alicia A. Adornato (SBN 254228)
Email: aadornato@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269
Attorneys for Defendants
Wachovia Bank, N.A., Wells Fargo & Company
and Wells Fargo Bank, N.A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE CARDUCCI,<br><br>             Plaintiff,<br><br>      vs.<br><br>WACHOVIA BANK, N.A., WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY,<br><br>             Defendants. | Case No. 4:11-cv-00181-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING SEPTEMBER 1, 2011 CASE MANAGEMENT CONFERENCE TO AUGUST 25, 2011** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Celeste Carducci, by and through her attorneys of record, and Defendants Wachovia Bank, N.A., Wells Fargo & Company and Wells Fargo Bank, N.A, by and through their attorneys of record, (collectively, "the Parties"), hereby request the Court move up the currently-scheduled Case Management Conference to August 25, 2011 at 2:00 p.m.  The Parties request the Court reset the currently-scheduled Case Management Conference because the currently scheduled case management conference, set for September 1, 2011, conflicts with one of the trial counsel's prepaid vacation. The Parties do not believe this new date for the Case Management Conference will affect the current schedule for the case since no deadlines have been set.  The currently scheduled CMC date was previously moved from June 23, 2011 to September 1, 2011 following the parties' agreement to postpone the hearing date on defendants' pending Motion to Dismiss.

IT IS HEREBY STIPULATED that the Parties have agreed to reset the Case Management Conference to August 25, 2011 at 2:00 p.m.

DATED: July 14, 2011.                          THE ARNS LAW FIRM


                                               By: s/ Robert S. Arns
                                               Robert S. Arns
                                               Jonathan E. Davis
                                               Steven R. Weinmann
                                               Attorneys for Plaintiff Celeste Carducci

DATED:  July 14, 2011.                    REED SMITH LLP


                                          By:   s/  Jack R. Nelson
                                                Jack R. Nelson
                                                Attorneys for Defendants Wachovia Bank,
                                                N.A., Wells Fargo Bank, N.A., Wells Fargo &
                                                Company


**IT IS SO ORDERED:**


DATED:  July __15__, 2011.

_____ yllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER MOVING CASE MANAGEMENT CONFERENCE