ROBERT S. ARNS (SBN #65071)
Email: rsa@arnslaw.com
JONATHAN E. DAVIS (SBN#191346)
Email: jed@arnslaw.com
STEVEN R. WEINMANN (SBN #190956)
Email: srw@arnslaw.com
**THE ARNS LAW FIRM**
515 Folsom Street, 3rd Floor
San Francisco, CA 94105
Tel:   (415) 495-7800
Fax:   (415) 495-7888
Attorneys for Plaintiffs

Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
David J. De Jesus (SBN 197914)
Email: ddejesus@reedsmith.com
Alicia A. Adornato (SBN 254228)
Email: aadornato@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269
Attorneys for Defendants
Wachovia Bank, N.A., Wells Fargo & Company
and Wells Fargo Bank, N.A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE CARDUCCI,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA BANK, N.A., WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY,<br><br>Defendants. | Case No. 4:11-cv-00181-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING THE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Celeste Carducci, by and through her attorneys of record, and Defendants Wachovia Bank, N.A., Wells Fargo & Company and Wells Fargo Bank, N.A, by and through their attorneys of record, (collectively, "the Parties"), hereby request the Court continue the currently-scheduled Motion to Dismiss and Case Management Conference. Parties request that the Motion to Dismiss, currently scheduled to be heard on August 10, 2011 be continued to September 21, 2011 and the Case Management Conference currently on calendar for August 25, 2011 to be continued to October 6, 2011 at 2:00 p.m.. The Parties request the Court continue the Motion to Dismiss and Case Management Conference because the Parties have been engaged in settlement discussions in mediation with the Hon. William Cahill (Ret.), at JAMs. The Parties believe moving the Case Management Conference after the Motion to Dismiss is necessary because they will be attempting to have a further mediation session.

IT IS HEREBY STIPULATED that the Parties have agreed to continue the hearing on the Motion to Dismiss to September 21, 2011 at 9:00 a.m., and the Case Management Conference to October 6, 2011 at 2:00 p.m.

DATED: July 29, 2011                THE ARNS LAW FIRM

                                    By_____
                                    Steven R. Weinmann
                                    Attorneys for Plaintiff Celeste Carducci

DATED: July 29, 2011                REED SMITH LLP

                                    By   /s/ Jack R. Nelson
                                    Jack R. Nelson
                                    Attorneys for Defendants Wachovia Bank, N.A.,
                                    Wells Fargo Bank, N.A., Wells Fargo & Company

**IT IS SO ORDERED:**

DATED: 8/1/11

IT IS SO ORDERED

Judge Phyllis J. Hamilton