1  Jack R. Nelson (SBN 111863)
   Email: jnelson@reedsmith.com
2  Karen A. Braje (SBN 193900)
   Email: kbraje@reedsmith.com
3  David J. De Jesus (SBN 197914)
   Email: ddejesus@reedsmith.com
4  Alicia A. Adornato (SBN 254228)
   Email: aadornato@reedsmith.com
5  REED SMITH LLP
   101 Second Street, Suite 1800
6  San Francisco, CA 94105-3659
   Telephone:   +1 415 543 8700
7  Facsimile:   +1 415 391 8269

8  Attorneys for Defendants
   Wachovia Bank, N.A., Wells Fargo & Company
9  and Wells Fargo Bank, N.A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE CARDUCCI,<br><br>Plaintiff,<br><br>vs.<br><br>WACHOVIA BANK, N.A., WELLS FARGO BANK, N.A., WELLS FARGO BANK & COMPANY,<br><br>Defendant. | Case No. 4:11-cv-00181-PJH<br><br>NOTICE OF SETTLEMENT; [PROPOSED] ORDER VACATING DECEMBER 8, 2011 CASE MANAGEMENT CONFERENCE AND SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL<br><br>Honorable Phyllis J. Hamilton |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Celeste Carducci, by and through her attorneys of record, and Defendants Wachovia Bank, N.A., Wells Fargo & Company and Wells Fargo Bank, N.A, by and through their attorneys of record, (collectively, "the Parties"), hereby notify the Court that they have reached a tentative settlement and request the Court vacate the currently scheduled December 8, 2011 Case Management Conference. The Parties request that the Court schedule a hearing on a Motion for Preliminary Approval of Class Action Settlement on January 11, 2012, or a date that is convenient for the Court.

On its own motion, the Court previously continued the hearing on Defendants' Motion to Dismiss to April 27, 2011. The Parties had a scheduling conflict on that date, however, and

stipulated to continue the hearing date due to July 6, 2011. At the Parties' request due to settlement discussions, the Court continued the Motion to Dismiss hearing date and initial Case Management Conference several times. On September 13, 2011, the Court terminated Defendants' Motion to Dismiss and vacated the September 21, 2011 hearing date for the Motion to Dismiss allowing Defendants to renotice the Motion at a later date should settlement discussions fail. In that same Order, the Court also vacated the October 6, 2011 initial Case Management Conference and set a Case Management Conference for December 8, 2011.

IT IS HEREBY STIPULATED that the Parties have reached a tentative settlement, and request the Court vacate the December 8, 2011 Case Management Conference and set the hearing on the Motion for Preliminary Approval of Class Action Settlement for January ~~11~~ 18, 2012 or any date that is convenient for the Court.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: November 28, 2011.   THE ARNS LAW FIRM

By_____
Robert S. Arns
Attorneys for Plaintiff Celeste Carducci

DATED: November 28, 2011.   REED SMITH LLP

By _Alicia Adornato FOR_
Jack R. Nelson
Attorneys for Defendants Wachovia Bank, N.A., Wells Fargo Bank, N.A., Wells Fargo & Company

**IT IS SO ORDERED:**

DATED: December 2, 2011.

_____
Honorable [signature]
Judge Phyllis J. Hamilton

Case No. 4:11-cv-00181-PJH             -2-                                    US_ACTIVE-107870322.1
NOTICE OF SETTLEMENT; [PROPOSED] ORDER VACATING DECEMBER 8, 2011 CASE MANAGEMENT CONFERENCE AND SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL

REED SMITH LLP
A limited liability partnership formed in the State of Delaware