Jack R. Nelson (SBN 111863)
Email: jnelson@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
David J. De Jesus (SBN 197914)
Email: ddejesus@reedsmith.com
Alicia A. Adornato (SBN 254228)
Email: aadornato@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendants
Wachovia Bank, N.A., Wells Fargo & Company
and Wells Fargo Bank, N.A

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE CARDUCCI,<br><br>    Plaintiff,<br><br>vs.<br><br>WACHOVIA BANK, N.A., WELLS FARGO BANK, N.A., WELLS FARGO BANK & COMPANY,<br><br>    Defendant. | Case No. 4:11-cv-00181-PJH<br><br>**NOTICE OF SETTLEMENT; [PROPOSED] ORDER VACATING DECEMBER 8, 2011 CASE MANAGEMENT CONFERENCE AND SETTING HEARING ON MOTION FOR PRELIMINARY APPROVAL**<br><br>Honorable Phyllis J. Hamilton |

Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Celeste Carducci, by and through her attorneys of record, and Defendants Wachovia Bank, N.A., Wells Fargo & Company and Wells Fargo Bank, N.A, by and through their attorneys of record, (collectively, "the Parties"), hereby notify the Court that they have reached a tentative settlement and request the Court vacate the currently scheduled December 8, 2011 Case Management Conference. The Parties request that the Court schedule a hearing on a Motion for Preliminary Approval of Class Action Settlement on January 11, 2012, or a date that is convenient for the Court.

On its own motion, the Court previously continued the hearing on Defendants' Motion to Dismiss to April 27, 2011. The Parties had a scheduling conflict on that date, however, and

1  stipulated to continue the hearing date due to July 6, 2011. At the Parties' request due to settlement
2  discussions, the Court continued the Motion to Dismiss hearing date and initial Case Management
3  Conference several times. On September 13, 2011, the Court terminated Defendants' Motion to
4  Dismiss and vacated the September 21, 2011 hearing date for the Motion to Dismiss allowing
5  Defendants to renotice the Motion at a later date should settlement discussions fail. In that same
6  Order, the Court also vacated the October 6, 2011 initial Case Management Conference and set a
7  Case Management Conference for December 8, 2011.

9  IT IS HEREBY STIPULATED that the Parties have reached a tentative settlement, and
10 request the Court vacate the December 8, 2011 Case Management Conference and set the hearing on
11 the Motion for Preliminary Approval of Class Action Settlement for January ~~11~~ 18, 2012 or any date
12 that is convenient for the Court.

14 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

16 DATED: November 28, 2011.    THE ARNS LAW FIRM

18                               By_____
                                 Robert S. Arns
                                 Attorneys for Plaintiff Celeste Carducci

20 DATED: November 28, 2011.    REED SMITH LLP

22                               By_Alicia Adornato FOR___
                                 Jack R. Nelson
23                               Attorneys for Defendants Wachovia Bank, N.A.,
                                 Wells Fargo Bank, N.A., Wells Fargo & Company

25 **IT IS SO ORDERED:**

27 DATED: December 2_____, 2011.

28                               _____
                                 Honorable Phyllis J. Hamilton

REED SMITH LLP
A limited liability partnership formed in the State of Delaware